AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

## UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
ANTOINE T. BECK

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 98-10055-001
USM Number: 11430-026

George Taseff
Defendant's Attorney

FILED
MAR 2 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __MC__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1B | Possession of Marijuana | 11/21/2005 |
| 1C | Possession of Marijuana | 12/9/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) __SC2__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: -0742
Defendant's Date of Birth: 976

Defendant's Residence Address:
Last known address: _____ on St.
Peoria, IL 61603

Defendant's Mailing Address:
IN CUSTODY: Tazewell County Jail
101 S. Capitol
Pekin, IL 61554

3/24/2006
Date of Imposition of Judgment

s/Michael M. Mihm
Signature of Judge

MICHAEL M. MIHM                US District Judge
Name of Judge                   Title of Judge

03/29/06
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT: ANTOINE T. BECK
CASE NUMBER: 98-10055-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

1) Deft receive maximum exposure to Comprehensive Drug Treatment. 2) Deft be exposed to education/vocational training. 3) Deft be placed in a minimum security facility as close to his family.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL