**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)**

FILED
JUN - 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Name: USA v. ANTOINE T. BECK

Case Number: 98-10055-01

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed ~~Pre-Sentence Report~~ Violation Report (document number 34), Sentencing Recommendation (document number _____) and Statement of Reason(s) Page (document number _____) were returned to the U.S. Probation Office on 6/5/06.

Received by:

S\ s/Douglas Heuermann
U.S. Probation Office
Date: 6/7/06